429 A.2d 73

Commonwealth v. Rea, Appellant.

Submitted April 16, 1980. George A. Bashour, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

429 A.2d 73

Commonwealth v. Short, Sr., Appellant.

Submitted April 16, 1980. Donald L. Short, appellant, in propria persona; John L. Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.